## Marion G. Kunstmann, Appellee, v. Roland M. Kunstmann, Appellant.

### Gen. No. 44,156.

opinion filed February 25, 1948; released for publication March 25, 1948. Schwartz, Allen & Shriman, for appellant; Gariepy & Gariepy, for appellee; Fred A. Gariepy, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.